IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO ZAMUDIO, an individual,

    Plaintiff,

v.

AT&T MOBILITY LLC, a Delaware
Limited Liability Company, et al.,

    Defendants.
_____/

No. 2:11-cv-02411 WBS KJN

ORDER

    The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455(b). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

DATED: September 14, 2011

                                /s/ Kendall J. Newman
                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE