1  Joel R. Bryant, Esq. (State Bar No. 149370)
   jbryant@gbflawyers.com
2  GREEN BRYANT & FRENCH LLP
   1230 Columbia Street, Suite 1120
3  San Diego, California 92101
   Tel:  (619) 239-7900
4  Fax: (619) 239-7800

5  Attorneys for Plaintiff, Fernando Zamudio

6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN  DISTRICT OF CALIFORNIA

10  FERNANDO ZAMUDIO, an individual,    )   CASE NO:  CV11-02411-WBS-GGH
                                         )
11              PLAINTIFF,               )   STIPULATION  AND   [PROPOSED]
                                         )   ORDER TO CONTINUE STATUS (PRE-
12  v.                                   )   TRIAL SCHEDULING) CONFERENCE
                                         )
13  AT&T MOBILITY SERVICES LLC, a        )   Date: January 9, 2012
    Delaware Limited Liability Company; and )  Time: 2:00 p.m.
14  DOES 1-100, jointly and severally,   )   Dept.: Courtroom 5
                                         )   Judge: Honorable William B. Shubb
15              DEFENDANTS.              )
                                         )
16  ─────────────────────────────────────)

17        Pursuant to the Court's September 13, 2011 Order, a Status (Pretrial Scheduling)

18  Conference in the above referenced matter was scheduled for January 9, 2012.  The Order further

19  required the parties to file a joint status report no later than fourteen (14) days prior to the

20  scheduling conference.  For the reasons set forth below, Plaintiff respectfully requests that the

21  Court continue the Status Conference scheduled for January 9, 2012 to February 13, 2012, at 2:00

22  p.m.

23        On October 6, 2011, counsel for AT&T Mobility Services LLC ("AT&T Mobility") advised

24  Plaintiff's counsel that none of the four Defendants named in the Complaint were proper parties

25  to this case, and further advised that, based on the allegations of the Complaint, the only entity

26  which should have been named as a Defendant was his client, AT&T Mobility.  In reliance on those

27  representations, Plaintiff filed a First Amended Complaint on October 26, 2011, which removed

28  all prior Defendants, and named the new, current, Defendant AT&T Mobility.  Said Defendant was

                                        - 1 -        Case No: CV11-02411-WBS-GGH

subsequently served on November 4, 2011 via Waiver of Service of Summons.  On November 15, 2011 Plaintiff received the signed Waiver of Service from Defendant and filed the Proof of Service with the Court.  Defendant's answer to the complaint is due on January 3, 2012, and Plaintiff does not anticipate the Defendant will appear until that date.

Given that the new Defendant has not yet appeared, is not obligated to appear, and will not appear prior to January 3, 2012,  Plaintiff does not believe there to be sufficient time to Meet and Confer, and prepare and submit the Joint Status Report to the Court prior to the date of the conference.  Accordingly, Plaintiff believes that continuing the Status (Pretrial Scheduling) Conference until February 13, 2012, would provide both parties ample and reasonable time to Meet and Confer and prepare the Joint Status Report.

NOW, THEREFORE, subject to the Court's approval, Plaintiff, by and through his counsel of record, respectfully asks the following:

1. That the Status (Pre-Trial Scheduling) Conference be continued from January 9, 2012, at 2:00 p.m., to February 13, 2012, at 2:00 p.m.; and

2. That the corresponding deadline to file the Joint Status Report be continued to January 30, 2012.

**GREEN BRYANT & FRENCH, LLP**

Dated: November 30, 2011          ___/s/___Joel R. Bryant_____
                                  Joel R. Bryant, Esq.
                                  Jbryant@gbflawyers.com
                                  Attorney for Plaintiff
                                  FERNANDO ZAMUDIO

STIPULATION AND ORDER TO CONTINUE STATUS (PRE-TRIAL SCHEDULING) CONFERENCE

**ORDER**

**IT IS ORDERED THAT:**

1.      The Status (Pre-Trial Scheduling) Conference is continued from January 9, 2012, at 2:00 p.m., to **February 21, 2012 at 2:00 p.m. in Courtroom 5**; and

2.      The deadline to file the Joint Status Report is continued from December 26, 2011, to **February 7, 2012.**

Dated: November 30, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Case No: CV11-02411-WBS-GGH
STIPULATION AND ORDER TO CONTINUE STATUS (PRE-TRIAL SCHEDULING) CONFERENCE